PETER CAMPBELL BROWN, as Corporation Counsel of the City of New York, Respondent, *v.* KINGSLEY BOOKS, INC., et al., Appellants.

Submitted October 3, 1955; decided October 5, 1955.

*Emanuel Redfield* and *Sidney Glasser* for motions.

*Peter Campbell Brown, Corporation Counsel (Seymour B. Quel* of counsel), opposed.

Motion for stay granted upon the conditions set forth in the temporary stay of September 20, 1955.

Motion for certificate that a constitutional question is involved on the appeal herein granted.